**Christopher Angelo BURKE,
Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the
Virginia Department of Corrections,
Respondent–Appellee.**

**No. 01–7910.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 4, 2002.

Decided March 12, 2002.

Christopher Angelo Burke, Appellant Pro Se. Banci Enga Tewolde, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Christopher Angelo Burke seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of a magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Burke v. Angelone*, No. CA–01–123–2 (E.D.Va. Oct. 25, 2001). We deny Burke's motions for various injunctive relief and for appointed counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*